Mark Brnovich
Attorney General
Firm State Bar No. 14000

Matthew A. Silverman (#018919)
Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-7774
Facsimile: (602) 542-4273
Email: Matthew.Silverman@azag.gov
Attorney for the State of Arizona
 *ex rel.* Arizona Department of Revenue

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 |
|---|---|
| JOAQUIN JAIME,<br>SSN: XXX-XX-6447<br><br>Debtor. | Case No. 2:21-bk-07132-BKM<br><br>**NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION**<br><br>Docket No. 16 |

The State of Arizona *ex rel.* Arizona Department of Revenue, by and through its undersigned attorney, hereby withdraws, without prejudice, its *Objection to Confirmation of Original Chapter 13 Plan* filed on November 15, 2021.

RESPECTFULLY SUBMITTED this 8th day of March, 2022.

    MARK BRNOVICH
    Attorney General

    */s/ Matthew A. Silverman*
    (Digitally signed by Matthew A Silverman, Date: 2022.03.08 14:01:54 -07'00')

    Matthew A. Silverman
    Assistant Attorney General
    Attorney for the State of Arizona
     *ex rel.* Arizona Department of Revenue

BCE21-02246

1 | ORIGINAL of the foregoing filed electronically this 8th day of March, 2022 via ECF with:

2 | United States Bankruptcy Court
3 | District of Arizona

4 | COPY of the foregoing sent by U.S. Mail or by email* this 8th day of March, 2022 to:

5 | Benjamin J. Wright*
6 | Wright Law Offices PLC
  | 2999 N 44th St. Suite 600
7 | Phoenix, AZ 85018
  | bwright@wloaz.com
8 | *Attorney for Debtor*

9 |
  | Edward J. Maney*
10 | 101 N. First Ave, Suite 1775
   | Phoenix, AZ 85003
11 | service@maney13trustee.com
12 | *Chapter 13 Trustee*

15 | _____
   | Linda Prevallet